```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16162
   LYNN M LAYCHAK
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7744

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/05/2007 and was not confirmed.

     The case was dismissed without confirmation 10/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
BENFCL/HFC                NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED         1414.72           .00            .00
FORD MOTOR CREDIT         NOTICE ONLY    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED            .00            .00
NOONAN & LIEBERMAN        NOTICE ONLY    NOT FILED            .00            .00
US BANK NA                SECURED NOT I       .00             .00            .00
PROFESSIONAL ACCOUNT MGM  NOTICE ONLY    NOT FILED            .00            .00
RJM ACQUISITIONS          NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE               UNSECURED          923.78           .00            .00
CAPITAL ONE               UNSECURED          615.00           .00            .00
US BANK NA                SECURED NOT I       .00             .00            .00
FORD MOTOR CREDIT         UNSECURED         9499.95           .00            .00
COMMONWEALTH EDISON       UNSECURED         3867.30           .00            .00
FISHER & SHAPIRO          NOTICE ONLY    NOT FILED            .00            .00
*THAV & RYKE PLLC         DEBTOR ATTY        .00                             .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          --------------     --------------
TOTALS                        .00                    .00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 16162 LYNN M LAYCHAK
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 16162 LYNN M LAYCHAK